## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MATTHEW E. BOIVIN                                              PLAINTIFF

v.                         Case No. 4:25-cv-300-JM

WELLPATH, LLC, *et al*                                        DEFENDANTS

### <u>ORDER</u>

This case is scheduled for a jury trial beginning May 11, 2026. Defendants filed a motion

for summary judgment on March 12, 2026. (Doc. No. 9). The motion was based in part on

Plaintiff's failure to timely disclose a medical expert. In response, Plaintiff moved to voluntarily

dismiss his complaint pursuant to FRCP Rule 41(a)(2). (Doc. No. 14).  Plaintiff acknowledged

that while she had disclosed Dr. William Rutledge as an expert in timely response to Defendants'

discovery requests, the disclosure was not timely pursuant to the deadline for disclosure of expert

witnesses set by the final scheduling order. Rather than grant Plaintiff's motion to dismiss at that

time, the Court extended Plaintiff's time to respond to the motion for summary judgment. (Doc.

No. 18). Plaintiff filed his response within the extended deadline, and it included an affidavit

from Dr. Rutledge. (Doc. No. 19). Defendants did not file a reply to Plaintiff's response.

In light of the fast-approaching trial date, Court staff sent an email to counsel on April 23,

2026 indicating that the Court intended to grant in part and deny in part Defendants' motion for

summary judgment, and that it would deny Plaintiff's motion to dismiss without prejudice to

refiling. Since then, and prior to an order being entered, Defendants filed a motion in limine

seeking to exclude the testimony of Dr. Rutledge and filed an objection to his being listed as a

witness in Plaintiff's pretrial disclosures. (Doc. Nos. 27-29).

At this time, the Court grants Plaintiff's motion to voluntarily dismiss his complaint without prejudice. (Doc. 14). All other pending motions are denied as moot.

IT IS SO ORDERED this 28th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE

2